Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, CRANE and ANDREWS, JJ. Dissenting: McLAUGHLIN, J. Absent: CARDOZO, J.

---

ELIZABETH A. REILLY, Appellant, *v.* WATERSON, BERLIN & SNYDER COMPANY, Respondent.

(Submitted April 30, 1923; decided May 8, 1923.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 235 N. Y. 580.)

---

GEORGE DASHNAU, Respondent, *v.* THE CITY OF OSWEGO, Appellant.

*Appeal — unanimous reversal by Appellate Division of order setting aside verdict and reinstatement of said verdict — appeal therefrom without permission dismissed.*

Dashnau v. *City of Oswego,* 204 App. Div. 189, appeal dismissed. (Submitted April 30, 1923; decided May 8, 1923.)

MOTION to dismiss an appeal from a judgment, entered January 23, 1923, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, which unanimously reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and granting a new trial and directed reinstatement of said verdict.

The motion was made upon the ground that permission to appeal had not been obtained; that no constitutional question was involved and that appellant had failed to stipulate for judgment absolute in case of affirmance.

*Francis D. Culkin* for appellant.

*D. P. Morehouse, Jr.,* for respondent.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.